JOHN S. LEONARDO
United States Attorney
District of Arizona
Micah Schmit
Assistant U.S. Attorney
State Bar No. 014887
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: gerard.schmit@usdoj.gov
Attorneys for Plaintiff

FILED____LODGED
____RECEIVED____COPY

2013 DEC 26  P 3: 19

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA

VICTIM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

CR13-2261 TUC RCC (DTF)

INDICTMENT

| | |
|---|---|
| United States of America,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>Jose ZAVALA,<br><br>　　　　　　Defendant. | Violations:<br>18 U.S.C. §§1363 & 1152<br>(Property Damage)<br>Count 1<br><br>18 U.S.C. §§1363 & 1152<br>(Property Damage)<br>Count 2<br><br>18 U.S.C. §§113(a)(4); 1152 & 3561<br>(Simple Assault, Misdemeanor Domestic Violence)<br>Count 3<br><br>18 U.S.C. §§2261 & 3561<br>(Interstate Domestic Violence)<br>Count 4 |

**THE GRAND JURY CHARGES:**

## COUNT 1

On or About June 23, 2012, in the San Xavier district of the Tohono O'Odham Indian Reservation, a federally recognized tribe, in Indian Country, in the District of Arizona, Jose ZAVALA, a non-Indian, did willfully and maliciously destroy and injure property, that is, a dwelling, to wit: breaking several windows of a mobile home structure owned by the Tohono O'Odham Nation, wherein M.M., an enrolled member of the Tohono O'Odham Nation, was also residing at the time, all in violation of United States Code Title 18, §§1363 and 1152.

## COUNT 2

On or About June 23, 2012, in the San Xavier district of the Tohono O'Odham Indian Reservation, a federally recognized tribe, in Indian Country, in the District of Arizona, Jose ZAVALA, a non-Indian, did willfully and maliciously destroy and injure property, that is, a dwelling, to wit: breaking a television belonging to M.M., located in the above-reference mobile home, and M.M. is an enrolled member of the Tohono O'Odham Nation, all in violation of United States Code Title 18, §§1363 and 1152.

## COUNT 3

On or About June 23, 2012, in the San Xavier district of the Tohono O'Odham Indian Reservation, a federally recognized tribe, in Indian Country, in the District of Arizona, Jose ZAVALA, a non-Indian, did knowingly and intentionally assault M.M., who is an enrolled member of the Tohono O'Odham Nation, a federally recognized tribe, all in violation of United States Code Title 18, §§113(a)(4); 1152 and 3561(b). (Misd)

## COUNT 4

On or About June 23, 2012, in the San Xavier district of the Tohono O'Odham Indian Reservation, a federally recognized tribe, in Indian Country, in the District of Arizona, Jose ZAVALA, a non-Indian, did enter or leave Indian country, with the intent to kill, injure, harass, or intimidate a spouse, intimate partner, or dating partner and, in the course of or as a result of such travel, committed or attempted to commit a crime of violence against said person, to wit: fighting and striking M.M. causing injury as well as her blouse to become torn, and M.M. is an enrolled member of the Tohono O'Odham Nation, a federally recognized tribe, all in violation of United States Code Title 18, §§2261 and 3561(b).

A TRUE BILL
/s/
_____
Presiding Juror

JOHN S. LEONARDO
United States Attorney
District of Arizona

Assistant U.S. Attorney

DEC 2 6 2013

*United States of America v. Jose ZAVALA*
*Indictment Page 2 of 2*